UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| VONETTA WILLIAMSON,<br>   **Plaintiff,**<br><br>v.<br><br>FLORIDA HEALTH SCIENCES,<br>CENTER, INC. d/b/a Tampa<br>General Hospital,<br>   **Defendant.**<br>_____ | Case No.: 8:24-cv-01209-TPB-UAM |

## AMENDED MOTION TO WITHDRAW

Plaintiff's Attorney, Kyle J. Lee, moves to withdraw from the case at hand and in support of states as follows:

1. The Plaintiff has been represented by Attorney Kyle J. Lee.

2. Plaintiff and Attorney Kyle Lee, have irreconcilable differences, the details of which cannot be disclosed on account of attorney/client privilege. The office of the undersigned has contacted Plaintiff on March 26, 2025, in writing in regard to this motion and Plaintiff has been previously advised in regard to Kyle Lee's intent to withdraw.

3. The office of the undersigned has contacted the Plaintiff regarding the present motion and has identified the undersigned counsel's intention to withdraw as counsel.

4. A copy of this motion has been mailed and emailed to the Plaintiff

at the following contact information:

Last known Address:
3122 Woodstock Ave,
Lakeland, Florida 33803

Email: VWilliamson0813@gmail.com

5.   Plaintiff is not prejudiced by this motion.  Likewise, Defendant is not prejudiced by this motion. Opposing counsel does not object to the filing of this motion. Plaintiff has been previously advised as to her Attorney's intention to withdraw as counsel of record and Plaintiff did not object.

WHEREFORE, Attorney Lee moves the Honorable Court for an Order:

1.   Granting Kyle J. Lee to withdraw as counsel for Plaintiff.

2.   Granting Plaintiff 30 days to either obtain new counsel or notify the court of her intent to proceed pro se so that Defendant is able to complete discovery within the current case management deadlines.

3.   Staying all pending deadlines.

Respectfully,
**/S/ Kyle J. Lee**
Kyle J. Lee, Esq.
FLBN: 105321
LEE LAW, PLLC
1971 West Lumsden Road
Suite 303 Brandon Florida 33511
Telephone: (813) 343-2813
Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com

**CERTIFICATE OF SERVICE**

2

      I HEREBY CERTIFY that on April 16, 2025, a true and accurate copy of the foregoing was provide to the Defendant via the Court's electronic filing system, and by U.S. Mail to Plaintiff at the last known address.

**Plaintiff**

**Vonetta Williamson**
3122 Woodstock Ave,
Lakeland, Florida 33803

**/S/ Kyle J. Lee**
Kyle J. Lee, Esq.
